JOHN M. BAIR, Doing Business under the Name and Style of THE KELPAMALT COMPANY, Respondent, v. SANFORD PRODUCTS CORPORATION and Others, Defendants, Impleaded with THE MARKET CUT RATE DRUG STORES, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NICOLA BORG, Appellant, v. TITLE GUARANTEE & TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY E. SMITH, Appellant, v. HELEN MEADE SMITH, as Executrix, etc., of GEORGE EDMUND SMITH, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISADORE SILVERMAN, as Receiver of the Property of SIEGEL TRADING CORP., Appellant, v. JACOBS TRADING Co., INC., Respondent, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ABNER GREENBERG, Plaintiff, v. DENTON AND HASKINS MUSIC PUBLISHING Co., INC., and Others, Respondents. PHILIP DORF, Receiver, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate of SOLOMON LIPSCHITZ, an Incompetent Person. VETERANS' ADMINISTRATION, Appellant, v. SELMA LIPSCHITZ, as Committee of the Person and Property of SOLOMON LIPSCHITZ, an Incompetent Person, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK C. SCHLITT, Respondent, v. WILLIAM A. ADAMS, the Warden of or the Person in Charge of Tombs Prison in the Borough of Manhattan, City and State of New York, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAX RETTIG, Respondent, v. CHARLES L. FRASER and SAMUEL S. ROSENFELD, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.